ROXCO, LTD., Appellant,

v.

Paul H. O'NEILL, Secretary of the Treasury, Appellee.

No. 01–1584.

United States Court of Appeals, Federal Circuit.

June 7, 2002.

Before MAYER, Chief Judge, LOURIE, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.